# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Miri Monique Mozuch-Stafford,<br><br>Plaintiff,<br><br>vs.<br><br>Ramsey County, Thomas Kunkel, in Individual and Official Capacities, Lauren Arnevik, in Individual and Official Capacities, Olivia Rezac, in Individual and Official Capacities, Domonik Stanton, in Individual and Official Capacities, Melissa Hildebrandt, in Individual and Official Capacities, Mohamud Salad, in Individual and Official Capacities, Michele Van Vranken, in Individual and Official Capacities,<br><br>Defendants. | Case No. 22-cv-02250 PAM/DLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT THOMAS KUNKEL** |

The Plaintiff Miri Monique Mozuch-Stafford and Defendants, acting by and through their attorneys of record, hereby stipulate that the Court may dismiss Plaintiff's claims against Defendant Thomas Kunkel with prejudice and without costs, disbursements, or attorneys' fees to any party.

**MESHBESHER & ASSOCIATES, P.A.**

Dated: 06/15/2023

  */s/ Richard E. Student*
Steven J. Meshbesher (# 127413)
Richard E. Student (#390266)
9800 Shelard Parkway, #310
Minneapolis, MN 55441
Phone: (612) 332-2000

*Attorneys for Plaintiff*

|  |  |
|---|---|
| | **JOHN J. CHOI** |
| | **RAMSEY COUNTY ATTORNEY** |
| Dated: ___06/15/2023_____ | By: __/s/ Rebecca Krystosek_____ |
| | Rebecca Krystosek (#0399953) |

Robert B. Roche (#0289589)
Assistant County Attorneys
121 Seventh Place East, Suite #4500
St. Paul, MN 55101
651-266-3230 (Roche)
651-266-3128 (Krystosek)
robert.roche@co.ramsey.mn.us
rebecca.krystosek@co.ramsey.mn.us

*Attorneys for Defendants Ramsey County,
Thomas Kunkel, Lauren Arnevik, Olivia Rezac,
Domonik Stanton, Melissa Hildebrandt,
Mohamud Salad, and Michele Van Vranken*