# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Miri Monique Mozuch-Stafford,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Ramsey County, Thomas Kunkel, in Individual and Official Capacities, Lauren Arnevik, in Individual and Official Capacities, Olivia Rezac, in Individual and Official Capacities, Domonik Stanton, in Individual and Official Capacities, Melissa Hildebrandt, in Individual and Official Capacities, Mohamud Salad, in Individual and Official Capacities, Michele Van Vranken, in Individual and Official Capacities,<br><br>　　　　　Defendants. | Case No. 22-cv-02250 PAM/DLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT RAMSEY COUNTY AND REQUEST FOR APPROVAL OF SETTLEMENT PURSUANT TO MINN. STAT. § 466.08** |

**WHEREAS,** Plaintiff Miri Monique Mozuch-Stafford commenced the above-referenced action alleging that Defendant Ramsey County and the above-named Defendants were liable to Plaintiff for injuries Plaintiff allegedly sustained while in the custody of Ramsey County; and

**WHEREAS,** Plaintiff and Ramsey County, through their respective legal counsel, have negotiated an amicable resolution; and

**WHEREAS,** Plaintiff and Ramsey County's negotiated settlement involves a payment to the Plaintiff and her attorneys of more than ten thousand dollars; and

**WHEREAS,** Minnesota Statute, § 466.08 (2022) provides:

Notwithstanding sections 466.03 and 466.06, the governing body of any municipality, the administrator of a self-insurance pool, or the authorized representative of a private insurance carrier may compromise, adjust and settle tort claims against the municipality for damages under section 466.02 and may, subject to procedural requirements imposed by law or charter, appropriate money for the payment of amounts agreed

1

upon. When the amount of a settlement exceeds $10,000, the settlement shall not be effective until approved by the district court.

**NOW THEREFORE**, Defendant Ramsey County and Plaintiff, through their attorneys of record, hereby stipulate, agree, and request that the Court enter an order: (1) approving the settlement; and (2) dismissing Plaintiff's claims against Defendant Ramsey County with prejudice and without costs, disbursements, or attorneys' fees to any party.

**MESHBESHER & ASSOCIATES, P.A.**

Dated: __6/15/2023__    __/s/ Richard E. Student__
Steven J. Meshbesher (# 127413)
Richard E. Student (#390266)
9800 Shelard Parkway, #310
Minneapolis, MN 55441
Phone: (612) 332-2000

*Attorneys for Plaintiff*


**JOHN J. CHOI**
**RAMSEY COUNTY ATTORNEY**

Dated: __6/15/2023__    By: __/s/ Rebecca Krystosek__
Rebecca Krystosek (#0399953)
Robert B. Roche (#0289589)
Assistant County Attorneys
121 Seventh Place East, Suite #4500
St. Paul, MN 55101
651-266-3230 (Roche)
651-266-3128 (Krystosek)
robert.roche@co.ramsey.mn.us
rebecca.krystosek@co.ramsey.mn.us

*Attorneys for Defendants Ramsey County,*
*Thomas Kunkel, Lauren Arnevik, Olivia Rezac,*
*Domonik Stanton, Melissa Hildebrandt,*
*Mohamud Salad, and Michele Van Vranken*