**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Miri Monique Mozuch-Stafford, | Case No. 22-cv-02250 PAM/DLM |
| Plaintiff, | |
| vs. | |
| Ramsey County, Thomas Kunkel, in Individual and Official Capacities, Lauren Arnevik, in Individual and Official Capacities, Olivia Rezac, in Individual and Official Capacities, Domonik Stanton, in Individual and Official Capacities, Melissa Hildebrandt, in Individual and Official Capacities, Mohamud Salad, in Individual and Official Capacities, Michele Van Vranken, in Individual and Official Capacities, | **PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT PURSUANT TO MINN. STAT. § 466.08** |
| Defendants. | |

---

Based upon the Stipulation of Dismissal with Prejudice and Request for Approval of Settlement Pursuant to Minn. Stat. § 466.08 submitted by the parties in this matter,

IT IS HEREBY ORDERED that:

(1)     The Court approves the settlement of this matter between Plaintiff and Ramsey County pursuant to Minn. Stat. § 466.08; and

(2)     The above-entitled action is dismissed as to Defendant Ramsey County with prejudice and without any fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDNGLY**

BY THE COURT

Date:_____                    _____
                                           Hon. Paul A. Magnuson
                                           U.S. District Court Judge