UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Miri Monique Mozuch-Stafford, | Civ. No. 22-2250 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Ramsey County; Thomas Kunkel, in Individual and Official Capacities; Lauren Arnevik, in Individual and Official Capacities; Olivia Rezac, in Individual and Official Capacities; Domonik Stanton, in Individual and Official Capacities; Melissa Hildebrandt, in Individual and Official Capacities; Mohamud Salad, in Individual and Official Capacities; and Michele Van Vranken, in Individual and Official Capacities, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulations of Dismissal with Prejudice as to the individual Defendants (Docket Nos. 29, 30, 31, 32, 33, 34, 35), and Stipulation of Dismissal and Request for Approval of Settlement as to Ramsey County. Minnesota law requires Court approval of a settlement exceeding $10,000, Minn. Stat. § 466.08, and the parties represent that the instant settlement involves a payment of more than that amount.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The settlement with Ramsey County is **APPROVED** under Minn. Stat. § 466.08; and

2. This matter is **DISMISSED with prejudice**, without fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 20, 2023

*s/ Paul A. Magnuson*
The Hon. Paul A. Magnuson
United States District Court Judge